# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**NIGEL JENKINS, #72073**                                                                                **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 1:08-cv-353-LG-RHW**

**MIKE BYRD and JACKSON COUNTY BOARD OF SUPERVISORS**      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date, incorporated herein by reference, it is hereby,

**ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed with prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Therefore, this dismissal will count as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED** this the 26th day of February, 2009.

                                                 s/ *Louis Guirola, Jr.*
                                                 LOUIS GUIROLA, JR.
                                                 UNITED STATES DISTRICT JUDGE